# EXHIBIT B

EXHIBIT B

| Mark | Example of Infringement |
|---|---|
| Bestway<br><br>U.S. Reg. No. 5994966<br><br>Reg. Date: 02/05/2020 | Bestway®<br><br>https://www.bestway-outlet.store/ |
| Bestway<br><br>U.S. Reg. No. 5702452<br><br>Reg. Date: 03/19/2019 | BESTWAY POOL HEATER<br><br>https://www.bestway-outlet.store/products-186 |
| Bestway<br>U.S. Reg. No. 2748177<br><br>Reg. Date: 08/05/2003 | colorful Bestway® Alpaca Swim Tube!<br>l on to or lean up against while enjoyin<br><br>https://www.bestway-outlet.store/products-272 |
| BLOBZTER<br><br>U.S. Reg. No. 5414243<br><br>Reg. Date: 02/27/2018 | H2OGO! BLOBZTER SLIDE<br>0 20 12 3<br>$61.99 $138.59 LIMITED TIME OFFER<br>Quantity:<br>1<br>ADD TO CART<br>Free Shipping over $40!<br><br>https://www.bestway-outlet.store/products-248 |

| **Mark** | **Example of Infringement** |
|---|---|
| CHEMGUARD<br><br>U.S. Reg. No. 5371558<br><br>Reg. Date: 01/02/2018 | https://www.bestway-outlet.store/products-111 |
| Coolerz<br><br>U.S. Reg. No. 5095945<br><br>Reg. Date: 12/06/2016 | https://www.bestway-outlet.store/products-247 |
| Fast Set<br><br>U.S. Reg. No. 3442181<br><br>Reg. Date: 6/3/2008 | https://www.bestway-outlet.store/products-177 |

| Mark | Example of Infringement |
| --- | --- |
| Fast Set<br><br>U.S. Reg. No. 2743728<br><br>Reg. Date: 6/29/2003 | 10FT FAST SET ROUND POOL<br>0 20 6 48<br>$48.99 $76.22 LIMITED TIME OFFER<br>Quantity: 1<br>ADD TO CART<br>Free Shipping over $40!<br>https://www.bestway-outlet.store/products-45 |
| FILL N' FUN<br><br>U.S. Reg. No. 76542652<br><br>Reg. Date: 07/19/2005 | 72" DINO FILL 'N FUN POOL<br>0 20 6 11<br>$17.99 $26.32 LIMITED TIME OFFER<br>Quantity: 1<br>ADD TO CART<br>Free Shipping over $40!<br>Share this:<br>https://www.bestway-outlet.store/products-100 |
| FLOWCLEAR<br><br>U.S. Reg. No. 5457592<br><br>Reg. Date: 05/01/2018 | 330GAL FLOWCLEAR FILTER PUMP<br>0 20 5 38<br>$39.99 $62.36 LIMITED TIME OFFER<br>Quantity: 1<br>ADD TO CART<br>Free Shipping over $40!<br>Share this:<br>https://www.bestway-outlet.store/products-187 |

| Mark | Example of Infringement |
|---|---|
| FREEZE SHIELD<br><br>U.S. Reg. No. 6186013<br><br>Reg. Date: 10/27/2020 | https://www.bestway-outlet.store/products-473 |
| U.S. Reg. No. 4940366<br><br>Reg. Date: 4/19/2016 | https://www.bestway-outlet.store/products-248 |

| **Mark** | **Example of Infringement** |
|---|---|
| H2O GO<br><br>U.S. Reg. No. 4741874<br><br>Reg. Date: 5/26/2015 | https://www.bestway-outlet.store/products-230 |
| HYDRIUM<br><br>U.S. Reg. No. 6064260<br><br>Reg. Date: 05/26/2020 | https://www.bestway-outlet.store/products-14 |
| Hydro Force<br><br>U.S. Reg. No. 2967876<br><br>Reg. Date: 6/12/2005 | https://www.bestway-outlet.store/products-511 |

13FT 3" POWER STEEL RATTAN RECTANGULAR POOL SET
0 20 1 13
$87.99 $762.29 LIMITED TIME OFFER
Quantity
1
ADD TO CART
Free Shipping over $40!
Share this:
12V SIDEWINDER AC/DC AIR PUMP
0 20 0 9
$24.99 $36.02 LIMITED TIME OFFER
Quantity
1
ADD TO CART
Free Shipping over $40!
Share this:
10FT STEEL PRO FRAME SOLAR COVER
0 19 19 29
$15.99 $24.93 LIMITED TIME OFFER
Quantity
1
ADD TO CART
Free Shipping over $40!
Share this:
Bestway

| **Mark** | **Example of Infringement** |
|---|---|
| POWER STEEL<br><br>U.S. Reg. No. 4827864<br><br>Reg. Date: 10/06/2015 | https://www.bestway-outlet.store/products-50 |
| SIDEWINDER<br><br>U.S. Reg. No. 6064215<br><br>Reg. Date: 05/26/20 | https://www.bestway-outlet.store/products-166 |
| Steel Pro<br><br>U.S. Reg. No. 3006426<br><br>Reg. Date: 10/11/2015 | https://www.bestway-outlet.store/products-182 |



10FT STEEL PRO MAX ROUND POOL SET
0 19 17 59
$64.99 $207.89
LIMITED TIME OFFER
Quantity:
1
ADD TO CART
Free Shipping over $40!
Share this:
SWIMFINITY SWIM TRAINING MACHINE
0 19 17 19
$98.99 $1,663.19
LIMITED TIME OFFER
Quantity:
1
ADD TO CART
Free Shipping over $40!
Share this:

| **Mark** | **Example of Infringement** |
|---|---|
| Steel Pro Max<br><br>U.S. Reg. No. 5628831<br><br>Reg. Date: 12/11/2018 | https://www.bestway-outlet.store/products-55 |
| SWIMFINITY<br><br>U.S. Reg. No. 6169733<br><br>Reg. Date: 10/06/2020 | https://www.bestway-outlet.store/products-191 |

| **Mark** | **Example of Infringement** |
|---|---|
| AIRJET<br><br>Serial No. 90184935<br><br>First Use: 05/01/2016 | https://www.bestway-outlet.store/products-473 |
| AIRJET PLUS<br><br>Serial No. 90184930<br><br>First Use: 05/01/2020 | https://www.bestway-outlet.store/products-458 |

| Mark | Example of Infringement |
| --- | --- |
| CHEMCONNECT<br><br>Serial No. 88668958<br><br>First Use:<br>02/01/2019 | CHEM CONNECT<br>0 19 10 36<br>$14.99 $20.78 LIMITED TIME OFFER<br>Quantity:<br>1<br>ADD TO CART<br>Free Shipping over $40!<br>Share this:<br><br>https://www.bestway-outlet.store/products-432 |
| HYDROJET<br><br>Serial No. 90184927<br><br>First Use: 05/01/2016 | LINER FOR MALDIVES HYDROJET™ (2020)<br>0 19 9 15<br>$95.99 $1,178.99 LIMITED TIME OFFER<br>Quantity<br>1<br>ADD TO CART<br>Free Shipping over $40!<br>Share this:<br><br>https://www.bestway-outlet.store/products-465 |
| HYDROJET PRO<br><br>Serial No. 90184922<br><br>First Use: 05/01/2016 | TOP COVER FOR HAWAII HYDROJET PRO™ (2021)<br>0 19 8 36<br>$62.99 $152.45 LIMITED TIME OFFER<br>Quantity<br>1<br>ADD TO CART<br>Free Shipping over $40!<br>Share this:<br><br>https://www.bestway-outlet.store/products-371 |

| Mark | Example of Infringement |
|---|---|
| SWIM VISTA<br><br>Serial No. 90689555<br><br>First Use: 11/19/2017 | <br>https://www.bestway-outlet.store/products-29 |