# EXHIBIT C

# EXHIBIT C

**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
California Bar No. 284410
scaloiaro@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009

John S. Artz (*Applying Pro Hac Vice*)
JSArtz@dickinson-wright.com
(248) 433-7262
Christopher Ryan (*Applying Pro Hac Vice*)
CRyan@dickinson-wright.com
(734) 623-1907
350 S. Main Street, Ste 300
Ann Arbor, MI 48104

*Attorneys for Plaintiff*
*Bestway Inflatables & Material Corp.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESTWAY INFLATABLES & MATERIAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> JOHN/JANE DOE 1-10, <br><br> Defendants. | CASE NO.: 3:21-cv-05119-PJH <br><br> **DECLARATION OF PATRIZIO FUMAGALLI** |

I, Patrizio Fumagalli, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I have been employed by various Bestway entities for almost twenty years. I am currently the Chief Strategic Officer of Bestway (USA), Inc. I have held this position since January 2017. Prior to that, I was Chief Executive Officer (CEO) of Bestway (USA), Inc. from the end of 2013 until the end of 2016. I was Global Developer for Bestway (Hong Kong) International, Ltd. from January 2013 until the end of 2013. From 1999 to 2012, I was CEO of Bestway Europe SRL.

1

1. I have personal knowledge of the information below and am competent to testify as to the same if called upon by this Court.

2. Bestway Inflatables & Material Corp.'s ("Bestway") products are sold throughout the United States by Bestway (USA), Inc.

3. Bestway is a leading manufacturer and distributor of inflatable products.

4. For over 25 years, Bestway has manufactured and sold consumer products. Bestway offers over 1,000 products in four primary product lines: above-ground pools and portable spas, recreation products, sporting goods, and camping products. Bestway operates globally, including all over the United States.

5. Bestway's products are available for purchase at many large retail stores, including WalMart and Target.

6. Bestway's products are also available for purchase online.

7. Bestway's products are known to consumers throughout the United States to represent genuine, high quality goods.

8. Bestway's strong reputation and goodwill in the industry is further bolstered by its strong commitment to aiding users of Bestway products.

9. Bestway owns in excess of eighty (80) United States trademark registrations for a variety of trademarks used in connection with Bestway's products, including those shown below.

- *Bestway* logo — U.S. Reg. No. 5994966)
- Bestway (U.S. Reg. No. 5702452)
- Bestway U.S. Reg. No. 2748177
- H2O GO (U.S. Reg. No. 4741874)

10. Through a long period of usage by Bestway, the Bestway Brand is well-known and famous to customers and potential customers. The Bestway trademarks serve as an indicator of the origin and source of the goods sold and provided by Bestway.

2

11. On or around June 30, 2020, Bestway became aware of a counterfeit website that was improperly using Bestway's intellectual property to deceive consumers into believing that Bestway was sponsoring, affiliated, or otherwise associated with the website.

12. Specifically, one consumer posted to Bestway's social media:

> There is a fraudulent website, bestway outlet. Im not sure if you are aware of it. Intex had the same thing happen except it was intex outlet. A lot of your legitimate customers are being scammed out of money thinking it's really your online store. Just letting you and other consumers know to be wary. The website looks legit until you notice the prices and the checkout only allows PayPal. So be on the lookout for that.

13. Other consumers and potential consumers have also noticed the website and reached out to Bestway with the belief that Bestway owns, is affiliated with, or otherwise controls the website.

14. Defendants appear to be taking advantage of the high demand and low supply relative to above-ground swimming pools caused by the COVID-19 pandemic.

15. Attached as Exhibit A to the Complaint (DKT No. 1) is a true and correct copy of a list of Bestway's trademarks and examples of Defendants' infringement with those marks.

16. Upon information and belief, the only way to "purchase" one of the products from the Infringing Sites is to use PayPal.  Once a customer provides payment they will never receive the good they purchased.  The now unhappy consumer, believing that Bestway is associated with the website, will demand a refund or otherwise seek the good from Bestway.

17. Bestway has been forced to deal with these fraudulent websites in the past and takes the threat of these fraudulent and criminal websites seriously.

18. If allowed to continue the marketing and sale of its infringing products, Defendants will cause Bestway serious and irreparable harm in the form of lost good will and reputation, confusion of Bestway's and competing products, and loss of customer recognition of genuine Bestway products.

3

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED this 2nd day of July 2021.

_____
Patrizio Fumagalli

4