# EXHIBIT F

# EXHIBIT F

**Merchant details**

apuninod1984@gmx.com

Return to Merchant

# You sent a payment of $98.00 USD to Huang Chen (Miaowenshi054676@hotmail.com)

It may take a few moments for this transaction to appear in your account.

**Transaction ID**
4T9581499M775822A

**Transaction date**
Jul 2, 2021 10:32:27 PDT

**Merchant**
Huang Chen
Miaowenshi054676@hotmail.com

**Instructions to merchant**
You haven't entered any instructions.

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| 66274875 | $98.00 USD | 1 | $98.00 USD |

| | | |
|---|---|---|
| | Subtotal | $98.00 USD |
| | Total | $98.00 USD |
| | Payment | $98.00 USD |

Charge will appear on your credit card statement as "PAYPAL *MIAOWENSHI0"

Payment sent to Miaowenshi054676@hotmail.com